THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DARREN LLOYD EASTERLING,        )
                                             )
       Plaintiff,                )
                                             )
     v.                      )          2:09-CV-566-TMH
                                           )             [WO]
                                           )
KEVIN DAVIS, *et al.*,            )
                                           )
       Defendants.        )

## **ORDER**

On July 2, 2009, the Magistrate Judge filed a Recommendation (Doc. 7) in this case

to which no timely objections have been filed.  Upon an independent review of the file in this

case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that:

1.     The Recommendation (Doc. 7) of the Magistrate Judge is ADOPTED;

2.     This case is DISMISSED without prejudice for Plaintiff's failure to properly

       prosecute this action.

An appropriate judgment will be entered.

Done this 17th day of September, 2009.

/s/ Truman M. Hobbs

SENIOR UNITED STATES DISTRICT JUDGE